## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCISCO MEDERO** | **CIVIL ACTION** |
| **v.** | **NO. 16-6583** |
| **NBC MERCHANTS, INC. d/b/a T.J. Maxx of Pittston Distribution Center** | |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 3rd of August, 2017, having considered the Motion to Dismiss of Defendant NBC Merchants, Inc. (ECF 7), and all responses and replies thereto, and for the reasons explained in the foregoing Memorandum, it is hereby ORDERED that the motion is GRANTED and Plaintiff Francisco Medero's Amended Complaint (ECF 6) is dismissed without prejudice, with leave to amend.

BY THE COURT:

/s/ Michael M. Baylson

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-6583 Medero v. NBC\16cv6583 order re mtd.docx